1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALMITRA ZION a single woman,      )
                                  )
                                  ) Case No.:
        Plaintiff,                )
                                  )
        v.                        ) COMPLAINT II
                                  )
MRC RECEIVABLES CORPORATION, a )
Delaware Corporation, SUTTELL     )
& HAMMER P.S. a Washington        )
Professional Corporation, J.      )
BRANDON BLACK & JANE DOE BLACK,)
husband and wife and the          )
marital community composed        )
thereof, RONALD NAVES, JR. and )
JANE DOE NAVES and the marital )
community composed thereof,        )
ISAAC HAMMER & KAREN HAMMER,       )
husband and wife and the          )
marital community composed        )
thereof, WILLIAM SUTTELL and      )
JANE DOE SUTTELL, husband and )
wife and the marital community )
composed thereof,                 )
                                  )
        Defendants.               )
_____ )

## I.  INTRODUCTION

1.  This is an action for statutory damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et. seq.* (FDCPA), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.  It is also an

COMPLAINT II - 1/16

JAMES STURDEVANT
ATTORNEY AT LAW

BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

action under Wash. Rev. Code §§ 19.16, *et seq.* (2009), the Washington Collection Agency Act (WCAA) and Wash. Rev. Code §§ 19.86, *et seq.* (2009), the Washington Consumer Protection Act (WCPA) for unlawful or deceptive acts or practices.  The last two are brought under this Court's supplemental jurisdiction.

## II.   JURISDICTION

2.   Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331.  Its ancillary jurisdiction is based on 28 U.S.C. § 1367.  Venue is based on 28 U.S.C. § 1391(b)(2), for the plaintiff, Almitra Zion ("Zion"), lived in Whatcom County, Washington during the events described below.

## III.   PARTIES

3.   Zion is an adult.  At the time of the events described herein she was and remains a resident of Whatcom County, Washington.  She is a "consumer," as defined in 15 U.S.C. § 1692a(3).  She is also a "person," as defined in RCW 19.16.100(1).

4.   MRC Defendants:

A. MRC Receivables Corporation ("MRC") is a Delaware State Corporation.  It is a "debt collector," as defined in 15 U.S.C. § 1692a(6).  Although it is not licensed as a collection agency with the Washington State Department of

COMPLAINT II - 2/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

Licensing, it is doing business in Washington State as a collection agency and is a "collection agency," as defined in RCW 19.16.100(1)-(2).  It is now and has been at all times material to this action engaged in a trade or commerce within the meaning of Wash. Rev. Code § 19.86.020 by conducting its business as a collection agency in Washington State.

B.   Defendants J. Brandon Black and Jane Doe Black are husband and wife and a marital community under the laws of the State of Washington.  J. Brandon Black ("Black"), according to the Washington State Secretary of State Corporate Division website, is one of the "governing people" of MRC.  As one of the "governing people" of MRC, he is a "debt collector," as defined in 15 U.S.C. § 1692a(6).  As one of the "governing people" of MRC, he is also a "collection agency," as defined in Wash. Rev. Code 19.16.100(1)-(2).  He is now and has been at all times material to this action engaged in trade or commerce within the meaning of Wash. Rev. Code § 19.86.020 (2010) by conducting his business as a collection agency.  All acts described herein were done by and on behalf of the Black marital community.

C.   Defendants Ronald Naves, Jr. and Jane Doe Naves, Jr. are husband and wife and a marital community under the laws of the State of Washington.  Ronald Naves, Jr. ("Naves"), according to the Washington State Secretary of State

COMPLAINT II - 3/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

Corporate Division website, is one of the "governing people," of MRC.  As one of the "governing people" he is a "debt collector," as defined in 15 U.S.C. § 1692a(6).  As one of the "governing people" of MRC, he is also a "collection agency," as defined in Wash. Rev. Code 19.16.100(1)-(2).  He is now and has been at all times material to this action engaged in a trade or commerce within the meaning of Wash. Rev. Code § 19.86.020 (2010) by conducting his business as a collection agency.  All acts described herein were done by and on behalf of the Black marital community.

D.   These defendants are collectively known as the "MRC Defendants."

5.   Sutttell Defendants:

A.   Suttell & Hammer P.S. ("Suttell P.S.") is a Washington State Professional Corporation.  It is a "debt collector," as defined in 15 U.S.C. § 1692a(6).

B.   Defendants Isaac and Karen Hammer are husband and wife and a marital community under the laws of the State of Washington.  Isaac Hammer and Karen Hammer ("Hammer"), according to the Washington State Secretary of State Corporate Division website, are two of the "governing people" of Suttell P.S.  As two of the "governing people" of Suttell P.S., they are  "debt collectors," as defined in 15 U.S.C. § 1692a(6).  All acts described herein were done by and on

COMPLAINT II - 4/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.com

behalf of the Hammer marital community.

C.  Defendants William Suttell and Jane Doe Suttell, are husband and wife and a marital community under the laws of the State of Washington.  According to the Washington State Secretary of State Corporate Division website, William Suttell ("Suttell") is one of the "governing people" of Suttell P.S.  All acts described herein were done by and on behalf of the Suttell marital community.

D.  These defendants are collectively known as the "Suttell Defendants."

## IV.  FACTUAL ALLEGATIONS

### BACKGROUND

6.  Zion purportedly owes a credit card bill.  This purported credit card bill is a "debt," as defined in 15 U.S.C. § 1692a(5), and a "claim," as defined in Wash. Rev. Code  19.16.100(5).  The debt was primarily for personal, family and household purposes, and arose out of a contract.

### COLLECTION ACTIONS

7.  The MRC Defendants, by and through its attorney, Suttell P.S., sued Zion in Whatcom County Superior Court under Case No. 07-2-00945-7.

8.  The MRC Defendants, by and through its attorney, Suttell P.S., obtained an order of default judgment (Exhibit A) on May 18, 2007.  It recorded the judgment with the

COMPLAINT II - 5/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

Whatcom County Auditor on June 8, 2007 (Exhibit B).   It
vacated the default judgment on June 29, 2007.   But it did
not file the vacation of the default judgment with the
Whatcom County Auditor.   Zion did not learn that the vacation
of the default judgment had not been recorded with the
Whatcom County Auditor until on or about March 19, 2010.

9.   The MRC Defendants, by and through its attorney,
Suttell P.S., obtained an order of summary judgment (Exhibit
C) on October 5, 2007.   It recorded the order of summary
judgment on October 19, 2007 (Exhibit D).

10.   The Court of Appeals, in the case of *MRC
Receivables, Corp. v.* Zion, 152 Wn.App. 625, 218 P.3d 621
(2009), vacated the October 5, 2007 summary judgment.   A true
and correct copy of its mandate is attached as Exhibit "E".
It states that the Court of Appeals Division I filed the
decision on July 27, 2009, entered an order publishing the
opinion on October 16, 2009, and awarded Zion judgment for
$748.47 for costs and attorney's fee.   The mandate is dated
December 4, 2009.

11.   On March 30, 2010, Zion sent Suttell, P.S. a letter
requesting it to file a copy of the order vacating the
default judgment with the Whatcom County Auditor, and to file
a motion to vacate the summary judgment and file the order
vacating the summary judgment with the Whatcom County Auditor

COMPLAINT II - 6/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS  #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

(Exhibit F).   Enclosed with the March 30, 2010 letter was a
true and correct copy of Zion's credit report dated March 19,
2010, which listed the recorded default and summary judgments.

12.   Defendants finally recorded the order vacating the
default judgment with the Whatcom County Auditor on April 9,
2010 (Exhibit G).   They finally recorded the order vacating
the summary judgment on April 9, 2010 (Exhibit H).

**V.**

**FDCPA, WCAA AND WCPA VIOLATIONS**

MRC DEFENDANTS FDCPA VIOLATIONS

DEFAULT JUDGMENT

13.   With the failure timely to record the order
vacating the default judgment, the MRC Defendants violated
the FDCPA, as follows:

a.   15 U.S.C. § 1692e for its failure to file the order
vacating the default judgment with the Whatcom County Auditor
was a false, deceptive, or misleading representation, or
means in connection with the collection of the debt, for no
default judgment existed.

b.   15 U.S.C. § 1692e(2)(A) for its failure to file the
order vacating the default judgment with the Whatcom County
Auditor falsely represented the character, amount, and legal
status of the debt, for no default judgment existed.

c.   15 U.S.C. § 1692e(5) for its failure to file the

COMPLAINT II - 7/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

order vacating the default judgment with the Whatcom County Auditor was a threat to take an action that it could not legally take, i.e. leave the nonexistent default judgment recorded.

d.  15 U.S.C. § 1692e(10) for its failure to file the order vacating the default judgment with the Whatcom County Auditor was a false representation or deceptive means to collect or to attempt to collect the debt, for no default judgment existed.

e.  15 U.S.C. § 1692f for its failure to file the order vacating the default judgment with the Whatcom County Auditor was an unfair or unconscionable means to collect or attempt to collect the debt, for no default judgment existed.

SUMMARY JUDGMENT

14.  With the failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor, the MRC Defendants violated the FDCPA, as follows:

a.  15 U.S.C. § 1692e for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor was a false, deceptive, or misleading representation, or means in connection with the collection of the debt, for the Court of Appeals had vacated the summary judgment, and it did

COMPLAINT II - 8/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

not exist.

b. 15 U.S.C. § 1692e(2)(A) for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor falsely represented the character, amount, and legal status of the debt, for the Court of Appeals had vacated the summary judgment, and it did not exist.

c. 15 U.S.C. § 1692e(5) for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor was a threat to take an action that it could not legally take, i.e. leave the summary judgment recorded.

d. 15 U.S.C. § 1692e(10) for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor. This failure was a false representation or deceptive means to collect or to attempt to collect the debt, for the Court of Appeals had vacated the summary judgment, and it did not exist.

e. 15 U.S.C. § 1692f for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor was an unfair or unconscionable means to collect or attempt to collect the debt, for the Court of Appeals had vacated the

COMPLAINT II - 9/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

summary judgment, and it did not exist.

MRC DEFENDANTS WCAA VIOLATIONS

15. With its failure to file the order vacating the default judgment with the Whatcom County Auditor and its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor ("MRC failures"), the MRC Defendants violated the WCAA, as follows:

a. Wash. Rev. Code Ann. 19.16.250(15) for with its failures, it threatened to take an action that it could not take, that is, leaving the default judgment recorded, not vacating the summary judgment, and leaving the summary judgment recorded.

b. The FDCPA violations, above, violated Wash. Rev. Code Ann. 19.16.250(15).

MRC DEFENDANTS WCPA VIOLATIONS

16. With its failures, the MRC defendants violated the WCPA under three theories:

A. The MRC Defendants' failures violated Wash. Rev. Code Ann. 19.16.250(15). Its failures, through Wash Rev. Code Ann. § 19.16.440, became a *per se* violation of the WCPA.

B. The MRC Defendants' violations of the FDCPA violated Wash. Rev. Code Ann. 19.16.250(15). These violations through Wash. Rev. Code Ann. § 19.16.440 became *per se* violations of

COMPLAINT II - 10/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

the WCPA.

C.   The MRC Defendants' violations of the FDCPA violate the WCPA.

14.   The analysis follows:

a.   The MRC Defendants' failures were unfair or deceptive acts or practices under the three theories above;

b.   The MRC Defendants' failures were unfair or deceptive acts or practices in trade or commerce under the three theories above.

c.   The MRC Defendants' failures, as unfair or deceptive acts or practices, affected the public interest under the three theories, above.

d.   The MRC Defendants' failures, as unfair or deceptive acts or practices, injured Zion's business or property under the three theories, above.

e.   The MRC Defendants' failures, as unfair or deceptive acts or practices, caused injury to Zion's business or property under the three theories, above.

SUTTELL DEFENDANTS' FDCPA VIOLATIONS

DEFAULT JUDGMENT

17.   With the failure timely to record the order vacating the default judgment, the the Suttell Defendants violated the FDCPA, as follows:

a.   15 U.S.C. § 1692e for its failure to file the order

COMPLAINT II - 11/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

vacating the default judgment with the Whatcom County Auditor was a false, deceptive, or misleading representation, or means in connection with the collection of the debt, for no default judgment existed.

b. 15 U.S.C. § 1692e(2)(A) for its failure to file the order vacating the default judgment with the Whatcom County Auditor falsely represented the character, amount, and legal status of the debt, for no default judgment existed.

c. 15 U.S.C. § 1692e(5) for its failure to file the order vacating the default judgment with the Whatcom County Auditor was a threat to take an action that it could not legally take, for no default judgment existed.

d. 15 U.S.C. § 1692e(10) for its failure to file the order vacating the default judgment with the Whatcom County Auditor was a false representation or deceptive means to collect or to attempt to collect the debt, for no default judgment existed.

e. 15 U.S.C. § 1692f for its failure to file the order vacating the default judgment with the Whatcom County Auditor was an unfair or unconscionable means to collect or attempt to collect the debt, for no default judgment existed.

## SUMMARY JUDGMENT

18. With the failure timely to obtain an order vacating the summary judgment and then record the order vacating the

COMPLAINT II - 12/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.com

summary judgment with the Whatcom County Auditor, the Suttell Defendants violated the FDCPA, as follows:

a. 15 U.S.C. § 1692e for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor was a false, deceptive, or misleading representation, or means in connection with the collection of the debt, for the Court of Appeals had vacated the summary judgment, and it did not exist.

b. 15 U.S.C. § 1692e(2)(A) for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor falsely represented the character, amount, and legal status of the debt, for the Court of Appeals had vacated the summary judgment, and it did not exist.

c. 15 U.S.C. § 1692e(5,) for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor was a threat to take an action that it could not legally take, for the Court of Appeals had vacated the summary judgment, and it did not exist.

d. 15 U.S.C. § 1692e(10) for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom

COMPLAINT II - 13/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

County Auditor was a false representation or deceptive means to collect or to attempt to collect the debt, for the Court of Appeals had vacated the summary judgment, and it did not exist.

e.  15 U.S.C. § 1692f for its failure timely to obtain an order vacating the summary judgment and then record the order vacating the summary judgment with the Whatcom County Auditor was an unfair or unconscionable means to collect or attempt to collect the debt the Court of Appeals had vacated the summary judgment and it did not exist.

SUMMARY

19.  As a result of the Defendants' failures, Zion has suffered actual damages as a result of Defendants' illegal collection actions consisting of her attorney's fees, costs, mileage, embarrassment, relationship stress, anger, anxiety, emotional distress, fear, humiliation, and frustration, among other negative emotions.

**VI.   CAUSES OF ACTION**

Fair Debt Collection Practices Act 15 U.S.C. § 1692

20.  Plaintiff realleges all preceding paragraphs of the Complaint and incorporates them herein by this reference.

21.  The foregoing acts and omissions of each and every Defendant constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of

COMPLAINT II - 14/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

the above-cited provisions of the FDCPA, 15 U.S.C. §§ 1692 *et seq.*

22. As a result of each and every of Defendants' violations of the FDCPA, Zion is therefore entitled to actual damages, pursuant to 15 U.S.C. § 1692k(a)(1), statutory damages in an amount up to $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from each and every defendant herein.

Washington State Consumer Protection Act RCW 19.86.

23. Zion realleges all preceding paragraphs of the Complaint and incorporates them herein by this reference.

24. The foregoing acts and omissions of the MRC defendants constitute numerous and multiple violations of Wash. Rev. Code §§ 19.86, *et seq.,* as follows:

A. The MRC Defendants' violations of Wash. Rev. Code §§ 19.16, *et seq.* (WCAA).

B. The MRC Defendants' violations of WCAA include each and every violation of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 *et seq.*

C. The MRC Defendants' violations of the FDCPA are violations of Wash. Rev. Code §§ 19.86, *et seq.*

## VI.  PRAYER FOR RELIEF

WHEREFORE, Zion prays this Court that judgment be

COMPLAINT II - 15/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

entered on her behalf against each and every defendant, as follows:

A.   Statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against each and every defendant, jointly and severally.

B.   Actual damages under 15 U.S.C. § 1692k(a)(1) against each and every defendant, jointly and severally.

C.   For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against each and every defendant, jointly and severally.

D.   Under Wash. Rev. Code § 19.86.090, actual damages, treble damages, costs and attorney's fees against the MRC Defendants, jointly and severally.

### VII.   JURY DEMAND

Zion hereby demands that this cause be tried by a jury.


Dated this ⟨⟩ day of March 2011.

/S/ James Sturdevant
James Sturdevant SBA #8016
Attorney for Plaintiff


COMPLAINT II - 16/16

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

FILED IN OPEN COURT

WHATCOM COUNTY CLERK

(4 20 0

By _____

Deputy

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR WHATCOM COUNTY

MRC Receivables Corp., )
                                            )   NO. 07-2-00945-7
                  Plaintiff(s), )
                                            )
vs.                                     )   ORDER OF DEFAULT
                                            )   JUDGMENT
ALMITRA ZION                     )
                                            )   (CLERK'S ACTION REQUIRED)
                  Defendant.      )
_____ )

JUDGMENT SUMMARY

1.   Judgment Creditor:       MRC Receivables Corp.
2.   Judgment Debtor:          ALMITRA ZION
3.   Principal:                       $ 2635.47
4.   Interest to
     April 26, 2007            $    0.00
5.   Costs:                           $  245.00
6.   Plaintiff's attorney fees$  650.00
7.   Total Judgment:            $ 3530.47
8.   Interest Rate:               12.0000%
9.   Attorneys for Plaintiff: SUTTELL & ASSOCIATES, P.S.

     THIS MATTER having come on regularly before the undersigned

Judge of the above entitled Court upon the plaintiff's Motion for

Default and Judgment against the defendant and the plaintiff being

represented by its attorney, Suttell & Associates, and the defendant



EXHIBIT No. 4

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
f: 425•454•7884

having failed to appear or file an Answer herein and more than twenty (20) days having elapsed since the date of service of the Summons and Complaint herein, and the Court being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that the defendant, ALMITRA ZION, is hereby in default.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff shall have judgment against the defendant, ALMITRA ZION, for the sum of $2635.47 together with interest to date in the sum of $0.00, together with plaintiff's costs of $245.00 and the sum of $650.00 for attorney's fees, and said Judgment shall bear interest at the highest legal rate.

ENTERED this _____ day of _____, 200__.

_____
Judge/Court Commissioner

Presented by:
SUTTELL & ASSOCIATES, P.S.

( )William G. Suttell, WSBA #12042
( )Nicole M. Brodie, WSBA #35090
( )Karen L. Hammer, WSBA #35608
( )Isaac Hammer, WSBA #36101
Attorneys for Plaintiff

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884



```
2070601636
Page: 1 of 4
6/08/2007  4:30 PM
JDGT            $35.00
Whatcom County, WA
```
Request of: SUTTELL & ASSOC

Return Address:

SUTTELL AND ASSOCIATES
7525 SE 24TH ST, STE. #310
MERCER ISLAND, WA 98040

**DOCUMENT TITLE(S):**

1.  **ORDER OF DEFAULT JUDGMENT**

2.

3.

**CAUSE NUMBER: 07-2-00945-7**

**GRANTOR(S)** (Last name, then first name and initials):

1.  **ALMITRA ZION**

2.

3.

**GRANTEE(S)** (Last name first, then first name and initials):

1.  **MRC RECEIVABLES CORP.**

2.

3.

_Additional names on page ___ of document.

# EXHIBIT No. _B_

FILED IN OPEN COURT

WHATCOM COUNTY CLERK

16 20

By

Deputy

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR WHATCOM COUNTY

MRC Receivables Corp.,                    )
                                          )   NO. 07-2-00945-7
                    Plaintiff(s),         )
                                          )
vs.                                       )   ORDER OF DEFAULT
                                          )   JUDGMENT
ALMITRA ZION                              )
                                          )   (CLERK'S ACTION REQUIRED)
                    Defendant.            )
_____)

### JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditor: | MRC Receivables Corp. |
| 2. | Judgment Debtor: | ALMITRA ZION |
| 3. | Principal: | $ 2635.47 |
| 4. | Interest to | |
| | April 26, 2007 | $   0.00 |
| 5. | Costs: | $ 245.00 |
| 6. | Plaintiff's attorney fees | $ 650.00 |
| 7. | Total Judgment: | $ 3530.47 |
| 8. | Interest Rate: | 12.0000% |
| 9. | Attorneys for Plaintiff: SUTTELL & ASSOCIATES, P.S. | |

THIS MATTER having come on regularly before the undersigned

Judge of the above entitled Court upon the plaintiff's Motion for

Default and Judgment against the defendant and the plaintiff being

represented by its attorney, Suttell & Associates, and the defendant

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

having failed to appear or file an Answer herein and more than twenty (20) days having elapsed since the date of service of the Summons and Complaint herein, and the Court being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that the defendant, ALMITRA ZION, is hereby in default.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff shall have judgment against the defendant, ALMITRA ZION, for the sum of $2635.47 together with interest to date in the sum of $0.00, together with plaintiff's costs of $245.00 and the sum of $650.00 for attorney's fees, and said Judgment shall bear interest at the highest legal rate.

ENTERED this _____ day of _____ 2007.

_____
Judge/Court Commissioner

Presented by:
SUTTELL & ASSOCIATES, P.S.

_____
( ) William G. Suttell, WSBA #1242
( ) Nicole M. Brodie, WSBA #35090
(X) Karen L. Hammer, WSBA #35608
( ) Isaac Hammer, WSBA #36101
Attorneys for Plaintiff

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

State of Washington, ) ss.
County of Whatcom )

I, N.F. Jackson, Jr., County Clerk of Whatcom county and ex-officio Clerk of the Superior Court of the State of Washington, for the County of Whatcom, do hereby certify that the foregoing instrument is a true and correct copy of the original, consisting of _____ pages, now on file in this office, and that the undersigned is the lawful custody thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this _____ at Bellingham this _____ day of _____.

N.F. Jackson, Jr., County Clerk

By _____ Deputy Clerk

JUDGE: UHRIG
DATE SEPTEMBER 7, 2007
TIME: 1:30 PM

FILED IN OPEN COURT
10-5 2007
WHATCOM COUNTY CLERK

By _____
              Deputy

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WHATCOM

MRC Receivables Corp.           )
                                )   NO. 07-2-00945-7
                Plaintiff,      )
vs.                             )   ORDER OF SUMMARY JUDGMENT
                                )   (CLERK'S ACTION REQUIRED)
ALMITRA ZION                    )
                                )
                                )
                Defendant(s).)

JUDGMENT SUMMARY

1. Judgment Creditor:          MRC Receivables Corp.
2. Judgment Debtors:           ALMITRA ZION

3. Principal:             $        2635.47
4. Interest to
   JULY 19, 2007:                  $45.06
5. Costs:                 $         245.00
6. Plaintiff's attorney fees: $     850.00
7. Total Judgment:        $        3775.53
8. Interest Rate:              12.0000% per annum
9. Attorneys for Plaintiff     Suttell & Associates, P.S.

     THIS MATTER having come on regularly before the

undersigned-Judge of the above-entitled court upon the

plaintiff's Motion for Summary Judgment against the

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 - 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

EXHIBIT No. C

defendant's ALMITRA ZION and , and plaintiff being

represented by its attorneys, Suttell & Associates, P.S.

and the defendants representing themselves and the Court

having considered the plaintiff's Motion for Summary

Judgment, and the affidavits in support, and

_____

_____

and being otherwise fully advised in the premises, NOW,

THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff shall have

judgment against the defendant(s), ALMITRA ZION and , as

set forth in the Judgment Summary contained herein.

DATED this _____ day of _____, 2007.


_____
Judge/Court Commissioner

Represented by:

SUTTELL & ASSOCIATES, P.S.

_____
( ) William G. Suttell, WSBA #12424
( ) Nicole M. Brodie, WSBA #35090
( ) Karen L. Hammer, WSBA #35608
(X) Isaac Hammer, WSBA #36101
Attorneys for Plaintiff

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

State of Washington, )
County of Whatcom ) SS.
I, N.F. Jackson, Jr., County Clerk of Whatcom county and
ex-officio Clerk of the Superior Court of the State of Wash-
ington, for the County of Whatcom, do hereby certify that
the foregoing instrument is a true and correct copy of the
original, consisting of _Two_ pages, now on file in my
office, and that the undersigned has the custody thereof.
    IN TESTIMONY WHEREOF, I have hereunto set my hand
and affixed the Seal of Said court at my office in Belling-
ham this 5 day of _____ 20___
N.F. Jackson, Jr., County Clerk

By _____
              Deputy Clerk

2071002782
Page:   1 of   4
10/19/2007  1:55 PM
JDGT           $43.00
Whatcom County, WA
Request of: SUTTELL & ASSOC

Return Address:

SUTTELL AND ASSOCIATES. P.S.
1450 – 114TH AVENUE SE, SUITE 240
BELLEVUE, WASHINGTON 98004

## DOCUMENT TITLE(S):

1.   **ORDER OF SUMMARY JUDGMENT**

2.

3.

**CAUSE NUMBER: 07-2-00945-7**

**GRANTOR(S)** (Last name, then first name and initials):

1.   **ALMITRA ZION**

2.

3.

**GRANTEE(S)** (Last name first, then first name and initials):

1.   **MRC RECEIVABLES CORP.**

2.

3.

_Additional names on page ___ of document.

EXHIBIT No. ____

SCANNED 2

JUDGE: UHRIG
DATE SEPTEMBER 7, 2007
TIME: 1:30 PM

FILED IN OPEN COURT
10 5 2007
WHATCOM COUNTY CLERK

By _____
Deputy

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WHATCOM

MRC Receivables Corp.                    )
                                         )   NO. 07-2-00945-7
                    Plaintiff,           )
vs.                                      )   ORDER OF SUMMARY JUDGMENT
                                         )   (CLERK'S ACTION REQUIRED)
ALMITRA ZION                             )
                                         )
                                         )
                    Defendant(s).        )
_____

JUDGMENT SUMMARY

    1. Judgment Creditor:          MRC Receivables Corp.
    2. Judgment Debtors:           ALMITRA ZION

    3. Principal:            $        2635.47
    4. Interest to
       JULY 19, 2007:             $45.06
    5. Costs:                $        245.00
    6. Plaintiff's attorney fees: $    850.00
    7. Total Judgment:       $        3775.53
    8. Interest Rate:           12.0000% per annum
    9. Attorneys for Plaintiff    Suttell & Associates, P.S.

      THIS MATTER having come on regularly before the

undersigned-Judge of the above-entitled court upon the

plaintiff's Motion for Summary Judgment against the

07-9-03095-8

40

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

1    defendant's ALMITRA ZION and , and plaintiff being

2    represented by its attorneys, Suttell & Associates, P.S.

3    and the defendants representing themselves and the Court

4    having considered the plaintiff's Motion for Summary

5    Judgment, and the affidavits in support, and

6

7    _____

8

9    _____

     and being otherwise fully advised in the premises, NOW,

10   THEREFORE, it is hereby

11       ORDERED, ADJUDGED, AND DECREED that plaintiff shall have

12

13   judgment against the defendant(s), ALMITRA ZION and , as

14   set forth in the Judgment Summary contained herein.

15
     DATED this ___ day of _____, 2007.
16

17

18   _____

19   Judge/Court Commissioner

     Represented by:
20

21   SUTTELL & ASSOCIATES, P.S.

22   _____

23   ( ) William G. Suttell, WSBA #12424
     ( ) Nicole M. Brodie, WSBA #35090
24   ( ) Karen L. Hammer, WSBA #35608
     ( ) Isaac Hammer, WSBA #36101
25   Attorneys for Plaintiff

26

27

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION I

MRC RECEIVABLES CORP.,                    )      No.  60926-2-I
             Respondent,                     )
                                )
v.                                                          )      MANDATE                          DEC 1 5 2009
                                )
ALMITRA ZION                                       )      Whatcom County
                                )
           Appellant.                     )      Superior Court No. 07-2-00945-7
                                )

**THE STATE OF WASHINGTON TO:**   The Superior Court of the State of Washington in and for Whatcom County.

      This is to certify that the opinion of the Court of Appeals of the State of Washington, Division I, filed on July 27, 2009, became the decision terminating review of this court in the above entitled case on December 4, 2009. This case is mandated to the Superior Court from which the appeal was taken for further proceedings in accordance with the attached true copy of the decision. An order granting a motion to publish opinion was entered on October 16, 2009.

      Pursuant to RAP 14.4,  costs in the amount of $748.47 are awarded against judgment debtor MRC RECEIVABLES CORP. in favor of judgment creditor ALMITRA ZION .

c:      James A. Sturdevant
       Isaac L. Hammer
       Hon. Ira Uhrig



**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seal of said Court at Seattle, this 4th day of December, 2009.

RICHARD D. JOHNSON
Court Administrator/Clerk of the Court of Appeals,
State of Washington, Division I.

EXHIBIT No. _E_

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 NORTH COMMERCIAL
BELLINGHAM, WASHINGTON 98225

TELEPHONE 671-2990
AREA CODE 360

CERTIFIED MAIL RETURN RECEIPT REQUESTED AND 1ST CLASS U.S.
POSTAGE PREPAID

March 30, 2010

Isaac Hammer
Suttell & Associates
1450 - 114th Avenue SE #240
Conifer Building
Bellevue, WA 98004

Re: MRC Receivables Corporation v. Almitra Zion, Whatcom
County Superior Court Case No.: 07-2-00945-7

Dear Sir:

As I indicated in my prior letters and in the motion, you
have the obligation to restore my client to the status quo
*ante* judgment. And it is absurd that I should have to write
you a letter asking you to do the following three things:

    1. File a motion and order vacating the Summary
Judgment in this case.

    2. File with the Whatcom County Auditor pursuant to
statute a copy of the Order Vacating the Default Judgment
that was entered in this case on May 18, 2007, and recorded
on June 8, 2007, (You had the obligation to file this when
the Order Vacating the Default Judgment was signed).

    3. File with the Whatcom County Auditor pursuant to
statute a copy of the Order Vacating the Summary Judgment
once the judgment is signed.

If you do not accomplish the above within one week from this
letters date, I will again have to bring a motion before the
Whatcom County Superior Court to compel you to do what you
have the legal obligation to do without demand.


EXHIBIT No. F

100330LetSuttell; Zion;
MRC v.; Page 2/2:

With best regards,

Yours very truly,

James Sturdevant

cc: Almitra Zion

**Experian™**
A world of insight

**Prepared for**
ALMITRA F ZION
**Report number**
2135-8250-45

**Report date**
March 19, 2010

Page 1 of 16

www.experian.com/disputes

## Before contacting us, you should carefully review this report.

### Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*
## www.experian.com/disputes

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**



ALMITRA F ZION
7887 OREGON TRL
MAPLE FALLS WA 98266-7813

00052595 3 MB 0.632 L 231 6
******MIXED AADC 530

## Your personal credit report

### Potentially negative items or items for further review

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances

Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history

We list anyone that has reviewed your credit information in the last two years.

### Personal information

This information is reported to us by you, your creditors and other sources.

## Tools to manage your personal credit

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore®, call 1 888 322 5583.

### Credit Manager

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

### About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

TransUnion.

## Personal Information

**Name:**          ALMITRA S. ZION

**SSN:**             XXX-XX-8386
**Date of Birth:**   05/1952
**Telephone:**       599-9190
Your SSN is partially masked for your protection.

**Other Names:**   ZION,SUNRISE,A
You have been on our files since 06/1987

### CURRENT ADDRESS

**Address:**         7887 OREGON TR
                     MAPLE FALLS, WA 98266
**Date Reported:**   06/2004

### PREVIOUS ADDRESS

**Address:**         30033 PO BOX 30033,
                     BELLINGHAM, WA 98228
**Date Reported:**   07/2006

**Address:**         3411 WOBURN ST 219
                     BELLINGHAM, WA 98226

### EMPLOYMENT DATA REPORTED

**Employer Name:**   LEOPOL MANOR
**Date Reported:**   03/2006

**Position:**        CARE GIVER
**Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years. The amount listed on the public record is not a balance. The amount reflects the original amount of the public record item.

**WHATION SUPERIOR COURT**  Docket #: 72009457
311 GRAND AVE
BELLINGHAM, WA 98225
(360) 676-6777

**Type:**            CIVIL JUDGMENT
**Court Type:** CIRCUIT COURT

**Date Filed:**        10/2007
**Responsibility:**    INDIVIDUAL DEBT
**Plaintiff:**         MRC RECEIVABLES CORP
**Amount:**            $2,635

**Estimated date that this item will be removed:**     09/2014

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|---|-----|-----|-----|-----|------|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

To dispute online go to: http://transunion.com/disputeonline

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**ER SOLUTIONS** #8507756
500 SW 7TH ST
BUILDING A 100
RENTON, WA 98055-2983
(800) 444-8485

| | |
|---|---|
| Balance: | $133 |
| Date Updated: | 10/2009 |
| Original Amount: | $133 |
| Original Creditor: | QWEST |
| Past Due: | ›$133‹ |

| | |
|---|---|
| Pay Status: | ›COLLECTION ACCOUNT‹ |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 08/2009
Estimated date that this item will be removed: 06/2016

**EXXNMOBIL/CITIBANK CARDS** #7302500002390994
CREDIT BUREAU DISP
PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 344-4355

| | |
|---|---|
| Balance: | $185 |
| Date Updated: | 02/2010 |
| Credit Limit: | $200 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 06/2007 |
| Date Closed: | 01/2010 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (31 months) | 30 | 60 | 90+ | Last 31 months | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

| | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|
| | '08 | dec | nov | oct | sep | aug | jul |

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**CAPITAL ONE BANK USA NA** #5178057233651665
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

| | |
|---|---|
| Balance: | $2,026 |
| Date Updated: | 02/2010 |
| High Balance: | $2,096 |
| Credit Limit: | $2,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 09/2008 |

Loan Type: CREDIT CARD

| Late Payments (16 months) | 30 | 60 | 90+ | Last 16 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct |

**CIT BANK/FINGERHUT DIREC** #6276456027763802
6250 RIDGEWOOD ROA
SAINT CLOUD, MN 56303
(866) 734-0342

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 02/2010 |
| High Balance: | $0 |
| Credit Limit: | $135 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/2007 |

Loan Type: CHARGE ACCOUNT

| Late Payments (20 months) | 30 | 60 | 90+ | Last 20 months | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun |

To dispute online go to: http://transunion.com/disputeonline

05356 00447 004 D692

APR — 9

Return Address:

SUTTELL AND HAMMER. P.S.
*(Formerly known as Suttell & Associates, P.S.)*
1450 – 114TH AVENUE SE, SUITE 240
BELLEVUE, WASHINGTON 98004

**DOCUMENT TITLE(S):**

1.    **ORDER VACATING ORDER OF DEFAULT JUDGMENT**

2.

3.

**CAUSE NUMBER: 07-2-00945-7**

**GRANTOR(S)** (Last name, then first name and initials):

1.    **ALMITRA ZION**

2.

3.

**GRANTEE(S)** (Last name first, then first name and initials):

1.    **MRC RECEIVABLES CORP.**

2.

3.

_Additional names on page ___ of document.

Reference  Judgment  Recording  # 2070601636

EXHIBIT No. 6

FILED

APR - 3 2007

07 JUN 29 FM 3:48

WHATCOM COURT
WASHINGTON

BY_____

1
2
3
4
5
6          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
7              IN AND FOR THE COUNTY OF WHATCOM

8    MRC Receivables Corp.,                    )
                                               )
9                            Plaintiff,        )   NO. 07-2-00945-7
                                               )
10   vs.                                       )
                                               )
11   ALMITRA ZION,                             )   ORDER VACATING ORDER
                                               )   OF DEFAULT JUDGMENT
12   ,                                         )
                                               )
13                            Defendant(s).    )
                                               )

14
15         THIS MATTER having come on regularly before the undersigned Judge of the

16   above-entitled Court upon the plaintiff's request for an Order Vacating the Order of

17   Default Judgment previously entered herein as to the defendant(s), ALMITRA ZION and

18   , and the Court being fully advised NOW, THEREFORE, is it hereby

19         ORDERED, ADJUDGED AND DECREED that the Order of Default Judgment

20   entered herein on the May 18, 2007, shall be and is hereby vacated as to

21
22
23
24
25
26   ORDER VACATING ORDER
     OF DEFAULT JUDGMENT - 1
27

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Buildin
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

the defendant(s), ALMITRA ZION and

1

ENTERD this _29_ day of _____June_____, 2007.

2

3                                                  **DAVID M. THORN**

4                                             _____
                                                  Judge/Court Commissioner

5

Presented By:

6

SUTTELL & ASSOCIATES, P.S.

7

8

9     ( )William G. Suttell, WSBA #12424
      ( )Nicole M. Brodie, WSBA #35090
10    ( )Karen L. Hammer, WSBA #35608
      ( )Isaac Hammer, WSBA #36101
11    Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER VACATING ORDER
OF DEFAULT JUDGMENT - 2

27

SUTTELL & ASSOCIATES P.S.
Attorneys at Law
1450 – 114th Avenue SE, #240, Conifer Building
Bellevue, Washington 98004
425•455•8220
F: 425•454•7884

2100400892
Page: 1 of 4
4/09/2010 1:05 PM
VACA $65.00
Whatcom County, WA

Request of: SUTTELL & ASSOC

Return Address:

SUTTELL AND HAMMER. P.S.
*(Formerly known as Suttell & Associates, P.S.)*
1450 – 114TH AVENUE SE, SUITE 240
BELLEVUE, WASHINGTON 98004

**DOCUMENT TITLE(S):**

VACATING ORDER OF SUMMARY

1. **ORDER ~~ON DEFAULT~~ JUDGMENT**

2.

3.

**CAUSE NUMBER: 07-2-00945-7**

**GRANTOR(S)** (Last name, then first name and initials):

1. **ALMITRA ZION**

2.

3.

**GRANTEE(S)** (Last name first, then first name and initials):

1. **MRC RECEIVABLES CORP.**

2.

3.

_Additional names on page ___ of document.

Reference   Judgment Recording   2071002782

EXHIBIT No. H

FILED SCANNED 2
COUNTY CLERK
2010 APR -5 AM 10: 32
WHATCOM COUNTY
WASHINGTON
BY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WHATCOM

MRC Receivables Corp.

                       Plaintiff,

vs.

ALMITRA ZION

                     Defendant(s).

NO. 07-2-00945-7
07-9- 03095-8

ORDER VACATING SUMMARY
JUDGMENT

# 30 pd

s/a 114488.001

THIS MATTER having come on regularly before the undersigned as one of the

Judges of the above-entitled Court, and the plaintiff, MRC Receivables Corp., being

represented by its attorney of record, SUTTELL & HAMMER, P.S. and requesting an

Order Vacating the Summary Judgment entered October 5, 2007 against defendant, and

the Court being fully advised, NOW, THEREFORE, it is hereby

---

Motion to Vacate Default Judgment and for Order
of Dismissal Pursuant to CR 41 - 3

SUTTELL & ASSOCIATES, P.S.
1450-114TH AVE SE, #240
CONIFER BUILDING
BELLEVUE, WA, 98004
425-455-8220/425-454-7884 FAX



1         ORDERED, ADJUDGED AND DECREED that the Summary Judgment entered

2    on October 5, 2007 is vacated.

3

4    ENTERED this _____ day of _____, 2010.

5

6                         _____
                             Judge/Court Commissioner

7

8    Presented by:

9    SUTTELL & HAMMER, P.S.
     *(Formerly known as Suttell & Associates, P.S.)*

10

11

12   ( ) William G. Suttell, WSBA #12424
     ( ) Patrick J. Layman, WSBA #5707

13   ( ) Karen L. Hammer, WSBA #35608
     ( ) Isaac Hammer, WSBA #36101

14   ( ) Mark T. Case, WSBA #38589
     ( ) Malisa L. Gurule, WSBA #40602

15   (✓) Nicholas R. Filer, WSBA #39536
     ( ) Steven J. Contos, WSBA #37102

16   Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

---

Motion to Vacate Default Judgment and for Order
of Dismissal Pursuant to CR 41 - 4

SUTTELL & ASSOCIATES, P.S.
1450-114TH AVE SE, #240
CONIFER BUILDING
BELLEVUE, WA, 98004
425-455-8220/425-454-7884 FAX

State of Washington, ) SS.
County of Whatcom )
I, N.F. Jackson, Jr., County Clerk of Whatcom County and
ex-officio Clerk of the Superior Court of the State of Wash-
ington, for the County of Whatcom, do hereby certify that
the foregoing instrument is a true and correct copy of the
original, consisting of _____ pages, now on file in my
office, and that the undersigned has the custody thereof.
IN TESTIMONY WHEREOF, I have hereunto set my hand
and affixed the Seal of said Court at my office at Belling-
ham this ____ day of _____, 20 10 .
N.F. Jackson, Jr., County Clerk
By _____
Deputy Clerk